IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE |
| | : | |
| CONNELL, JAMES | : | NO. 13-53066 JPS |
| CONNELL, ANNA | : | |
| Debtor(s) | : | CHAPTER 7 Proceeding |

_____

**NOTICE OF MOTION TO SELL PROPERTY SUBJECT TO LIENS AND OTHER CLAIMS**

      The Chapter 7 Bankruptcy Trustee in the above case, Walter W. Kelley filed a motion to sell the following property of the bankruptcy estate: Land and mobile home located at 451 Possum Hollow Road, Dry Branch, Georgia; 1989 Fleetwood Bounder RV. The Trustee desires to sell the above property by private sale or auction to the highest and best offer through Rowell Auctions, Inc.  The auctioneer's fee for the sale of the mobile home and real estate is a 10% buyer's premium added to the purchase price plus reimbursement of expenses. Rowell will be paid a 10% buyer's premium plus 10% of the bid price for the sale of the recreational vehicle.

**IF YOU WANT TO INSPECT THE ABOVE PROPERTY OR MAKE A PURCHASE OFFER ON THE PROPERTY, CONTACT THE TRUSTEE'S ATTORNEY, SHOWN BELOW.**

YOUR RIGHTS MAY BE AFFECTED.  READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.) IF YOU DO NOT WANT THE COURT TO GRANT THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN REQUEST FOR A HEARING ON OR BEFORE **APRIL 7, 2014.** THE OBJECTION/RESPONSE SHOULD BE SENT TO **CLERK OF THE COURT, U. S. BANKRUPTCY COURT, P.O. BOX 1957, MACON, GEORGIA  31202.**  IF A RESPONSE/OBJECTION IS FILED, A HEARING WILL BE HELD ON **THURSDAY, APRIL 24, 2014, AT 9:30 A.M., AT THE THOMAS JEFFERSON FEDERAL BUILDING, COURTROOM A, 433 CHERRY STREET, MACON, GEORGIA.**

      IF YOU MAIL YOUR RESPONSE OR OBJECTION TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL **RECEIVE** THE OBJECTION OR RESPONSE ON OR BEFORE THE RESPONSE DATE STATED ABOVE.  ANY RESPONSE OR OBJECTION MUST ALSO BE MAILED TO THE MOVING PARTY AND ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED.

      IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE SALE MOTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

      This 17th day of March, 2014.

                                                    /s/ David S. Ballard
                                                  DAVID S. BALLARD
                                                  Attorney for the Chapter 7 Trustee
                                                  Georgia Bar No. 635107
                                                  Kelley, Lovett, & Blakey, P.C.
                                                  P.O. Box 70879
                                                  Albany, GA   31708
                                                  Tel: 229- 888-9128
                                                  dballard@kelleylovett.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE |
| | : | |
| CONNELL, JAMES | : | NO. 13-53066 JPS |
| CONNELL, ANNA | : | |
| Debtor(s) | : | CHAPTER 7 Proceeding |

**TRUSTEE'S MOTION TO SELL PROPERTY SUBJECT TO LIENS AND OTHER CLAIMS**

COMES NOW Walter W. Kelley, Chapter 7 Trustee, and shows as follows:

-1-

This motion is brought under 11 U.S.C. §363 and Bankruptcy Rule 6004. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

-2-

The Debtors filed a voluntary Chapter 7 petition on November 12, 2013. Walter W. Kelley is the Trustee in this case.

-3-

The Debtors own approximately four acres located at 451 Possum Hollow Road, Dry Branch, Twiggs County Georgia. A title search performed on January 26, 2014 reveals no liens against this property.

-4-

A mobile home sits on the above-described property. It appears there are no liens against the mobile home.

-5-

The Debtor also owns a 1989 Fleetwood Bounder Recreational Vehicle. It appears this RV is not subject to any liens.

-6-

It appears the Debtors have not claimed any exemptions in any of the above-described real and personal property.

-7-

The Trustee desires to sell the above property by private sale or auction to the highest and best offer through Rowell Auctions, Inc. The auctioneer's fee for the sale of the mobile home and real estate is a 10% buyer's premium added to the purchase price plus reimbursement of expenses. Rowell will be paid a 10% buyer's premium plus 10% of the bid price for the sale of the RV.

-8-

The sale of the property is to be "as is," "where is" with all faults and subject to any security interest, lien or other claim.

**WHEREFORE, THE TRUSTEE PRAYS FOR AN ORDER**:

(a) allowing the above-described sale;

(b) authorizing the Trustee to sell the Debtors' interest in the above property subject to liens and other claims and to permit the Trustee to pay any valid liens, claims and the Debtors' allowed exemption in the property at closing;

(c) allowing direct payment of compensation and reimbursement of expenses to Rowell Auctions, Inc. at closing from the sale proceeds;

(d) allowing the Trustee, in his discretion, to reject any offer he believes is not in the bankruptcy estate's best interest; and

(e) for such other and further relief as the Court deems just and proper.

/s/ David S. Ballard
DAVID S. BALLARD
Attorney for the Chapter 7 Trustee
Georgia Bar No. 635107
Kelley, Lovett, & Blakey, P.C.
P.O. Box 70879
Albany, GA   31708
Tel: 229- 888-9128
dballard@kelleylovett.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE |
| | : | |
| CONNELL, JAMES | : | NO. 13-53066 JPS |
| CONNELL, ANNA | : | |
| Debtor(s) | : | CHAPTER 7 Proceeding |

___

**CERTIFICATE OF SERVICE**
___

I hereby certify that I have furnished a true copy of the **TRUSTEE'S MOTION TO SELL PROPERTY SUBJECT TO LIENS AND OTHER CLAIMS** *and* **NOTICE** to those listed below by either court's electronic mail system, regular electronic mail or by depositing the same in the United States Mail, in a properly addressed envelope with sufficient postage thereto affixed to insure delivery, this 17th day of March, 2014.

JAMES CONNELL
ANNA CONNELL
P.O. BOX 173
DRY BRANCH, GA 30120

Elizabeth L. Mcbrearty
P.O. BOX 839
MACON, GA 31202
ATTORNEY FOR DEBTOR(S)
emcb@cbi.mgacoxmail.com

ELIZABETH A. HARDY
ASSISTANT U. S. TRUSTEE
Ustp.region21.mc.ecf@usdoj.gov

THOSE LISTED ON EXHIBIT 'A'
(Notice only)

/s/ David S. Ballard
DAVID S. BALLARD
Attorney for the Chapter 7 Trustee

EXHIBIT A

| | |
|---|---|
| SunTrust Bank<br>ATTN: Support Services<br>Richmond, VA 23286-0001 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 |
| American Express c/o Nationwide Credit, Inc.<br>2002 Summit Boulevard<br>Atlanta, GA 30319-1560 | Bank of America<br>P.O.Box 851001<br>Dallas, TX 75285-1001 |
| Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Chase Cardmemeber Services<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| GREEN TREE SERVICING, LLC C/O Emmett L. Goodman, Jr.<br>544 Mulberry St<br>Macon, GA 31201-2776 | Green Tree Servicing LLC C/O Samuel S. Critzer<br>Timothy D. Padgett, PA<br>Tallahassee, FL 32312 |
| Lowes/ GECRB Attn: Bankruptcy Department<br>P.O. Box 103104<br>Roswell, GA 30076-9104 | Sam's Club Credit/ GECRB<br>Attn: Bankruptcy Department<br>Roswell, GA 30076-9104 |
| Sam's Club Discover/ GECRB<br>Attn: Bankruptcy Department<br>Roswell, GA 30076-9104 | Sears Mastercard/ Citibank<br>P.O. Box 6282<br>Sioux falls, SD 57117-6282 |
| Sears Mastercard/Citibank<br>c/o Northland Group<br>Edina, MN 55439-0905 | Suntrust Bank<br>P.O. Box 305053<br>Nashville, TN 37230-5053 |
| The Home Depot Credit services<br>P.O. Box 790328<br>St. Louis, MO 63179-0328 | Wells Fargo Dealer Services<br>Attn: Correspondence-MACT9017-026<br>Irving, TX 75016-8048 |
| Green Tree Servicing LLC<br>PO Box 6154<br>Rapid City, SD 57709-6154 | Bank of America<br>P.O. Box 982235<br>El Paso, TX 79998 |